JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-381TSZ |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | ORDER CONTINUING TRIAL DATE |
| ) | TO MARCH 20, 2006 |
| AKRAM ASWAD ALMUSSA, and ) | |
| JOSHUA KEBEDE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER having come before the Court on the joint motion of the parties for an order continuing the trial date and related proceedings in this cause, docket no.33, and the Court having considered the motion, the records and files herein, the Court now finds and rules as follows:

The parties have diligently prepared for trial.  However, given the complexity of the issues and the volume of discovery involved, all of the parties reasonably require additional time to be adequately prepared for trial. The parties' need to be adequately prepared outweigh the interests of the public and defendants in a speedy trial. Defendants have requested a continuance of trial and executed a waiver of their right to a speedy trial.  Accordingly, the ends of justice served by granting the motion outweigh the best interest of the public in a speedy trial.

(PROPOSED) ORDER CONTINUING
TRIAL DATE        - 1
(Almussa/Kebede, CR05-381TSZ)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1    IT IS THEREFORE ORDERED that the motion is granted and the trial date is
2    continued from December 27, 2005, to March 20, 2006.
3    IT IS FURTHER ORDERED that the deadline for filing pretrial motions is reset
4    to February 20, 2006.
5    IT IS FURTHER ORDERED that the period of time between December 27,
6    2005, and March 20, 2006, shall be excluded in computing the time within which the
7    trial must commence under the Speedy Trial Act 18 U.S.C. § 3161(h)(8)(A).
8    DONE this 16th day of November 2005.

                                    /S/ Thomas S. Zilly
                                    _____
                                    THOMAS S. ZILLY
                                    United States District Judge

Presented by:

s/   Brian Tsuchida
WSBA # 14886
Attorney for Mr. Kebede
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
brian_tsuchida@fd.org

Approved by:

s/ Vincent Lombardi
Assistant United States Attorney
*Telephonic Approval*


s/ James Vonasch
Attorney for Mr. Almussa
526 1st Ave. No. 321
Seattle, WA 98104

(PROPOSED) ORDER CONTINUING
TRIAL DATE         - 2
(Almussa/Kebede, CR05-381TSZ)

**FEDERAL PUBLIC DEFENDER**
**Westlake Center Office Tower**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100