The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  AKRAM ASWAD ALMUSSA, and JOSHUA KEBEDE,  Defendants. | NO.  CR05-381TSZ  ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the Court on the motion of defendant, Akram Almussa, to continue the trial date. The government as well as co-defendant Joshua Kebede have indicated they do not object to the proposed continuance. The Court, having reviewed the Motion and Declaration of Counsel, and being otherwise fully advised, finds and rules as follows.

Defendant Almussa's new lawyer Robert Wayne entered an appearance on February 17, 2006. Trial is currently scheduled for March 20, 2006. As set forth in the motion and declaration, there is in excess of 10,000 pages of discovery. The discovery materials include reports of interviews with more than two dozen witnesses. Many of these witnesses have not yet been interviewed by the defense. Defendant Almussa has filed a waiver of his speedy trial rights in connection with this motion.

Based on these facts, the Court finds that a failure to grant the requested continuance would deny defendant Almussa reasonable time to obtain counsel of his choosing, and reasonable time for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv). The Court also finds that the ends of justice will be

ORDER GRANTING MOTION TO CONTINUE - 1
(Almussa/Kebede, CR05-381TSZ)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

served by continuing the trial date and that a continuance is necessary to ensure effective trial preparation, and these factors outweigh the best interests of the defendants and of the public in a more speedy trial with the meaning of 18 U.S.C. § 3161(h)(8)(A).

Defendant Josh Kebede has indicated through counsel that he does not object to the continuance. In any event, since Kebede is joined in this matter with Almussa, any reasonable delay as to Almussa is also excludeable time as to Kebede pursuant to 18 U.S.C. § 3161(h)(7)

Based on the foregoing, now, therefore, it is hereby

ORDERED that the trial date be continued from March 20, 2006, to May 22, 2006. Pre-trial motions shall be due on April 14, 2006.

ORDERED that the time between March 20, 2006, and May 22, 2006 shall be excluded in the computation of time under the Speedy Trial Act as to all defendants as this is a reasonable period of delay pursuant to 18 U.S.C. § 3161(h).

So Ordered this 24th day of February, 2006.

_____
Thomas S. Zilly
United States District Judge

Presented by:

ROBERT J. WAYNE, P.S.

By:/s/_____
ROBERT J. WAYNE, WSBA No. 6131
Attorney for Defendant, Akram Almussa
(via telephone authority, 2/23/06)

JOHN McKAY
UNITED STATES ATTORNEY

/s/_____
Vincent T. Lombardi, WSB # 21967
Assistant United States Attorney


/s/_____

ORDER GRANTING MOTION TO CONTINUE - 2
(Almussa/Kebede, CR05-381TSZ)

1 | Brian Tsuchida, Assistant Federal Public Defender
2 | Attorney for Defendant Josh Kebede
  | (by email authorization, 2/23/06)

ORDER GRANTING MOTION TO CONTINUE - 3
(Almussa/Kebede, CR05-381TSZ)