1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8

9    UNITED STATES OF AMERICA,

10                        Plaintiff,                    No.  CR05-381Z

11   v.

12   AKRAM ASWAD ALMUSSA and JOSHUA                     ORDER
     KEBEDE,
13
                          Defendants.
14

15        Defendant, Akram Almussa, having filed an unopposed motion to continue the trial date and

16   extend the deadline for motions and the Court, having reviewed the Motion and Declaration of Counsel,

17   finds that a failure to grant the requested continuance would deny him reasonable time to obtain counsel

18   and reasonable time for effective preparation, taking into account the exercise of due diligence, within

19   the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court also finds that the ends of justice will be served

20   by continuing the trial date and that a continuance is necessary to ensure effective trial preparation, and

21   these factors outweigh the best interests of the public in a more speedy trial within the meaning of 18

22   U.S.C. § 3161(h)(8)(A).

23        For these reasons, the Court hereby ORDERS that the trial date be continued from May 22, 2006,

24   to September 25, 2006.  Pre-trial motions shall be due on August 1, 2006.

25

26

ORDER   -1-

1    It is ORDERED that the time between May 22, 2006, and September 25, 2006, shall be excluded

2    in the computation of time under the Speedy Trial Act as to all defendants as this is a reasonable period

3    of delay pursuant to 18 U.S.C. 3161(h).

4

5    IT IS SO ORDERED.

6    DATED this 26th day of April, 2006.

7

8

9    Thomas S. Zilly
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26