UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>AKRAM ASWAD ALMUSSA and JOSHUA KEBEDE,<br><br>      Defendants. | No.  CR05-381Z<br><br>ORDER |

Defendant, Akram Almussa, having filed a motion to continue the trial date and the Court, having reviewed the Motion and Declaration of Counsel, finds that a failure to grant the requested continuance would adversely affect his ability to defend himself and impact the free exercise of religion, and taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A).  The Court also finds that the ends of justice will be served by continuing the trial date and that a continuance is necessary to ensure effective trial preparation and the ability of the defendant to effectively assist his lawyer at trial and to be capable of taking the stand and testify without being unduly effected by fasting required during the time between dawn and dusk as required by his religion, and these factors outweigh the best interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER   -1-

1   For these reasons, the Court hereby ORDERS that the trial date be continued from
2   September 25, 2006, to November 27, 2006. Pre-trial motions shall be due on September 15,
3   2006.
4   It is ORDERED that the time between September 25, 2006, and November 27, 2006,
5   shall be excluded in the computation of time under the Speedy Trial Act as to all defendants
6   as this is a reasonable period of delay pursuant to 18 U.S.C. 3161(h).

8   IT IS SO ORDERED.
9   DATED this 21st day of August, 2006.

            _____
            Thomas S. Zilly
            United States District Judge